UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID RAY BROWN,                         )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )          Civil Action No.  13-1189
                                         )
RODERICK SOWERS, *et al.*,               )
                                         )
            Defendants.                  )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: Nov. 13, 2013